John E. BRUER, respondent, v. Hiter KING, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment and order of the County Court of Nassau County reversed, and new trial ordered, costs to abide the event, on the ground that the verdict is against the greater weight of the evidence. Jenks, P. J., and Thomas, Mills, Rich, and Putnam, JJ., concur.

Anthony BRUNO, respt., v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Motion denied.

Elizabeth BRUNS, Applt., v. Raymond DOMINY, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. No opinion. Order filed.

In the Matter of the Application of Eliza F. BRUSH for payment on account of distributive share in the estate of Jacob J. Brush, deceased. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Appeal from Special Term, New York County.

PER CURIAM. The motion should have been granted. The order appealed from is therefore reversed, with $10 costs and disbursements to the appellant against the administrator personally, and the proceeding remitted to the Surrogate's Court for further action as above indicated.

Pawel BRZOZOWSKI, respondent, v. Felix J. BRZOZOWSKI and another, defendants, and Stanislawa Szervart, appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) The judgment is reversed, and a new trial is granted, costs to abide the final award of costs. The proof shows that the appellant was entitled to a mortgage to the extent of $262.30. Moreover, there is no proof that the defendants Felix J. Brzozowski and his wife, Annie Brzozowski, were served or appeared, and therefore any sale of the premises might not afford a good title. Upon the new trial the court should determine whether a judgment in an action brought by the plaintiff could affect the said Annie Brzozowski, who was a tenant in the entirety. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

James L. BULL v. Baltrus S. YANKAUS. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs, and stay vacated. Order signed.

In the Matter of the Application of Warren E. BURNS to strike from the registry list of the incorporated village of Long Beach the names of George F. Aitken and others. (Supreme Court, Appellate Division, Second Department. June 20, 1916.) The order so far as George F. Aitken, Max Behar, George Dugan, Lester Levy, Daniel J. Pitot, William A. Rodgers, and Benjamin Uberall are concerned, is reversed. In all other respects the order is affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

In the Matter of Gunni J. BUSCK, etc. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Arthur BUTLER, Respt., v. Edward F. MEEHAN, Applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Bertha BUTLER, respt., v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment and order affirmed with costs. All concur, except Lambert and Merrell, JJ., who dissent.

Thomas F. BYRNES, respondent, v. Frank J. TYLER and Frances Tyler, appellants, impleaded with others. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Thomas F. BYRNES, Respondent, v. Frank J. TYLER and Frances Tyler, appellants, impleaded with others. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Order denying motion to open default affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

In the matter of the claim of Giuseppe CACCAVANO for compensation under the Workmen's Compensation Law, respt., v. NEW YORK, ONTARIO & WESTERN RAILWAY COMPANY, employer, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Award unanimously affirmed.

Elizabeth CAFIERO, respondent, v. CITY OF NEW YORK and Brooklyn, Queens County & Suburban Railroad Company, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and orders unanimously affirmed, with costs. No opinion.

David CAHILL, Applt., v. STAR COMPANY, Respt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Lucia C. CALVANO and one, as admrs., etc., respts., v. TOWN OF MURRAY and one, applts. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed with costs. All concur.

Lucia C. CALVANO and one, as admr., etc., respts., v. TOWN OF MURRAY and one, applts. (Supreme Court, Appellate Division,